1  Cynthia L. Fulton, Esq.  SBN 012480
   Fulton Friedman & Gullace LLP
2  2345 E. Thomas Rd., Ste. 460
   Phoenix, Az.  85016
3  Cynthia.fulton@fultonfriedman.com
   (866) 563-0809
4  Attorney for Defendant

7              UNITED STATES DISTRICT COURT

8              IN AND FOR THE DISTRICT OF ARIZONA

10 | Lasonia Breham | Case No.: CV 09-01474 PHX GMS |
   |               Plaintiff |                                  |
11 |                        | **STIPULATION FOR ENTRY OF**     |
   | Vs.                    | **PROTECTIVE ORDER**             |
12 |                        |                                  |
13 | Asset Acceptance LLC   |                                  |
   |               Defendant |                                 |

15    Plaintiff and Defendant hereby stipulate to the entry of the accompanying Protective Order,

16 filed herewith.

17    Respectfully submitted this 11th day of December, 2009.

18 Fulton Friedman & Gullace, LLP              Hyde & Swigart

20 /s/ Cynthia Fulton                          David McGlothlin
   Cynthia L. Fulton                           David McGlothlin
21 2345 E. Thomas Rd., Ste. 460                One E. Camelback Rd., Ste. 300
   Phoenix, Az.  85016                         Phoenix, Az.  85012
22 Attorneys for Defendant                     Attorneys for Plaintiff

1